IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 05-cv-01261-PSF-MJW

RICHARD D. LEOFF,

Plaintiff(s),

v.

ROGER HEYMANN,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that the Plaintiff's Motion to Reschedule September 20, 2005 Scheduling Conference, filed with the Court on September 15, 2005, Docket Number 4, is GRANTED.  The scheduling conference set on September 20, 2005, at 9:00 a.m., is VACATED and RESET   The Scheduling Conference set on October 18, 2005, at 9:00 a.m., is VACATED and RESET on November 14, 2005, at 9:00 a.m., in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse,  901 19th Street, Denver, Colorado.   The Plaintiff shall either serve the Defendant forthwith or settle his case with Defendant and file his stipulation for dismissal with Judge Figa forthwith or be prepared to proceed with the Rule 16 Scheduling Conference set on November 14, 2005, at 9:00 a.m.

It is FURTHER ORDERED that no later than 5 days prior to the Scheduling/ Planning Conference, counsel shall submit their proposed Scheduling Order (in PDF format) in compliance with the newly established ECF Filing Procedures.  An additional copy shall be provided to chambers by e-mail (in WordPerfect format and as an attachment to the email) with the subject line proposed "Scheduling Order" to: Watanabe_Chambers@cod.uscourts.gov.

Date:  September 19, 2005