IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 05-cv-01261-PSF-MJW

RICHARD D. LEOFF,

Plaintiff(s),

v.

ROGER HEYMANN,

Defendant(s).

## MINUTE ORDER

It is hereby ORDERED the Plaintiff's Notice of Settlement and Motion to Vacate Scheduling Conference (docket no. 18) is GRANTED.  The Rule 16 Scheduling Conference before Magistrate Judge Watanabe on January 11, 2006, at 10:00 a.m. is VACATED.

It is FURTHER ORDERED that the parties shall file their stipulation for dismissal with Judge Figa on or before January 31, 2006, or show cause why this case should not be dismissed.

Date:  January 11, 2006