IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-01261-PSF-MJW

RICHARD D. LEOFF,

    Plaintiff,

v.

ROGER HEYMANN,

    Defendant.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

The Court, having reviewed the parties' Stipulation for Dismissal With Prejudice (Dkt. # 21) and being advised in the premises, hereby

ORDERS that all claims are DISMISSED with prejudice against Defendant Roger Heymann, each party to bear his own costs and fees.

DATED: January 31, 2006

                BY THE COURT:

                *s/ Phillip S. Figa*
                _____
                Phillip S. Figa
                United States District Judge